IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHNNY LEE TRIGG, JR.,

Petitioner, Case No. 3:25-cv-119

v.

WARDEN, LONDON CORRECTIONAL INSTITUTION, District Judge Michael J. Newman
Magistrate Judge Michael R. Merz

Respondent.

---

**ORDER: (1) ADOPTING THE REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 35); (2) DENYING AND DISMISSING WITH PREJUDICE PETITIONER'S HABEAS CORPUS PETITION (Doc. No. 1); (3) DENYING A CERTIFICATE OF APPEALABILITY; (4) CERTIFYING THAT ANY APPEAL WOULD BE OBJECTIVELY FRIVOLOUS AND FINDING THAT *IN FORMA PAUPERIS* STATUS SHOULD BE DENIED ON APPEAL; AND (5) TERMINATING THIS CASE ON THE DOCKET**

---

Petitioner Johnny Lee Trigg, Jr., an inmate in state custody, brings this case *pro se* seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. No. 1. This case is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Merz (Doc. No. 35), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Merz recommends that this Court dismiss with prejudice Petitioner's habeas corpus petition. Doc. No. 35 at PageID 1392–1406. Petitioner did not file objections to the R&R, and the time for doing so has passed. The Court has reviewed the comprehensive findings of the Magistrate Judge and considered all filings in this matter.

Upon careful consideration of the foregoing, the Court concludes the R&R sets forth the applicable law and cogently applies it to reach well-reasoned and correct conclusions. For these reasons, the R&R should be adopted.

Accordingly, the Court (1) **ADOPTS** the R&R of the Magistrate Judge in its entirety; (2) **DENIES** and **DISMISSES WITH PREJUDICE** Petitioner's habeas corpus petition; (3) **DENIES** Petitioner a certificate of appealability; (4) **CERTIFIES** that any appeal would be objectively frivolous and **FINDS** that Petitioner should be denied *in forma pauperis* status on appeal; and (5) **TERMINATES** this case on the docket.

**IT IS SO ORDERED.**

August 17, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge